No. 02–1809. HIBBS, DIRECTOR, ARIZONA DEPARTMENT OF REVENUE *v.* WINN ET AL. C. A. 9th Cir. [Certiorari granted, 539 U. S. 986.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 03–107. UNITED STATES *v.* LARA. C. A. 8th Cir. [Certiorari granted, 539 U. S. 987.] Motion of National Congress of American Indians et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 02–1028. NORFOLK SOUTHERN RAILWAY CO. *v.* JAMES N. KIRBY, PTY LTD., DBA KIRBY ENGINEERING, ET AL. C. A. 11th Cir. Certiorari granted.

No. 02–1192. COOPER INDUSTRIES, INC. *v.* AVIALL SERVICES, INC. C. A. 5th Cir. Certiorari granted.

No. 03–409. KP PERMANENT MAKE-UP, INC. *v.* LASTING IMPRESSION I, INC., ET AL. C. A. 9th Cir. Certiorari granted.

No. 03–221. PLILER, WARDEN *v.* FORD. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 03–6696. HAMDI ET AL. *v.* RUMSFELD, SECRETARY OF DEFENSE, ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

JANUARY 12, 2004

No. 03–594. RODRIGUEZ ET AL. *v.* BEXAR COUNTY, TEXAS, ET AL. Affirmed on appeal from D. C. W. D. Tex.